# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:22-cv-01013-CDS-NJK<br><br>**ORDER**<br>**EXTENDING DEFENDANT'S TIME**<br>**TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

WHEREAS, on June 28, 2022, Plaintiff Susan Fennell ("Plaintiff") filed her complaint ("Complaint") in the instant action;

WHEREAS, on or about June 29, 2022, Defendant Navient Solutions, LLC ("Defendant") was duly served with a copy of the summons and Complaint;

WHEREAS, on or about July 13, 2022, Defendant Navient Solutions, LLC ("Defendant") retained counsel in the instant action;

WHEREAS, counsel for Defendant needs additional time to review the facts of this case and the Complaint;

NOW THEREFORE, THE PARTIES STIPULATE that the deadline for Defendant to answer or otherwise respond to the Complaint, currently set for July 29, 2022, shall be continued until August 10, 2022.

1 | Pursuant to Local Rule IA 6-1, the parties state that this is the first extension of the responsive pleading deadline sought in this case. No prior extensions of any type have been sought or granted.

Good cause exists for this extension, as counsel for Defendant was only recently retained and needs additional time to review the facts of this case and Complaint, such that equity to the parties and the reservation of judicial and party resources will best be served by this extension.

**IT IS SO STIPULATED:**

DATED: August 1, 2022

IT IS SO ORDERED.

Dated: August 2, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge