1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTINA FENNELL, individually and on behalf of all others similarly situated;

Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

Defendant.

Case No.: 2:22-cv-01013-CDS-NJK

ORDER
EXTENDING DEFENDANT'S TIME
TO FILE RESPONSIVE PLEADING

(SECOND REQUEST)

WHEREAS, on June 28, 2022, Plaintiff Susan Fennell ("Plaintiff") filed her complaint ("Complaint") in the instant action;

WHEREAS, on or about June 29, 2022, Defendant Navient Solutions, LLC ("Defendant") was duly served with a copy of the summons and Complaint;

WHEREAS, on or about July 13, 2022, Defendant Navient Solutions, LLC ("Defendant") retained counsel in the instant action;

WHEREAS, on or about August 1, 2022, the Parties stipulated that the deadline for Defendant to answer or otherwise respond to the Complaint, originally set for July 29, 2022, would be continued until August 10, 2022;

WHEREAS, on August 2, 2022, the Court entered an Order to the same effect;

WHEREAS, counsel for Defendant has had a family emergency and requires

additional time, not previously anticipated, to review the facts of this case and the Complaint;

NOW THEREFORE, THE PARTIES STIPULATE that the deadline for Defendant to answer or otherwise respond to the Complaint, currently set for August 10, 2022, shall be continued until August 17, 2022.

Pursuant to Local Rule IA 6-1, the parties state that this is the second extension of the responsive pleading deadline sought in this case. One prior extension was sought on August 1, 2022, and was later granted by the Court on August 2, 2022.

Good cause exists for this extension, as counsel for Defendant has had a family emergency and needs additional time, not previously anticipated, to review the facts of this case and Complaint, such that equity to the parties and the reservation of judicial and party resources will best be served by this extension.

**IT IS SO ORDERED.**

Dated: August 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge