George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
georgehaines@freedomlegalteam.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:22-cv-01013-CDS-NJK<br><br>**STIPULATION EXTENDING PLAINTIFFS' TIME TO FILE RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>(First Request) |

Plaintiff Christina Fennell, individually and on behalf of all other similarly situated, ("Plaintiffs"), and Defendant Navient Solutions, LLC ("Defendant") (collectively referred to as the "Parties") hereby submit the following this Stipulation Extending Plaintiffs' Time to File Responsive Pleading to Defendant's Motion to Compel Arbitration.  This is the first request for an extension of this deadline.  The Plaintiffs' counsel are dealing with deadlines in other matters and require additional

time to review the facts and case law presented in Defendant's Motion to Compel Arbitration. (ECF No. 20). This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

**Procedural History**

On June 28, 2022, Plaintiffs filed a complaint in the United States District Court, District of Nevada; Christina Fennell, individually and on behalf of all others similarly situated, v. Naient Solutions, LLC, No. 2:22-cv-01013-CDS-NJK-RFB-EJY. (ECF No. 1). Defendant filed a Motion to Compel Arbitration on August 18, 2022. (ECF No. 20). Plaintiffs' response to the Defendant's Motion to Compel Arbitration is due on September 1, 2022.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiffs' to file an amended complaint or other responsive pleading to September 22, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 29, 2022 | Dated: August 29, 2022 |
| FREEDOM LAW FIRM | FENNEMORE CRAIG, P.C. |
| /s/ George Haines | /s/Anthony W. Autsin |
| George Haines, Esq. | Anthony W. Austin (NV Bar No. 10850) |
| Gerardo Avalos, Esq. | Kendall M. Lovell (NV Bar No. 15590) |
| 8985 S. Eastern Ave., Suite 350 | 9275 W. Russell Rd., Suite 240 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89148 |

/////
/////
/////

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS PLLC | MCGUIRE WOODS LP<br>K. Elizabeth Sieg (VA Bar No. 23141)<br>*Pro hac forthcoming*<br>800 East Canal Street<br>Richmond, VA 23219 |
| /s/Scott C. Harris (Admitted Pro Hac Vice)<br>Scott C. Harris, Esq.<br>sharris@milberg.com<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>(919) 600-5003 | *Attorneys for Defendant* |
| /s/Gary M. Klinger (Admitted Pro Hac Vice)<br>Gary M. Klinger, Esq.<br>gklinger@milberg.com<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>(866) 252-0878 | |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED.

DATED: August 31, 2022.

_____
**UNITED STATES DISTRICT JUDGE**