Anthony W. Austin, Esq., NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
**FENNEMORE CRAIG, P.C.**
9275 W. Russell Rd., Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

K. Elizabeth Sieg (admitted *pro hac vice*)
Benjamin J. Sitter (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1000
Email: bsieg@mcguirewoods.com
Email: bsitter@mcguirewoods.com

*Attorneys for Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | Case No. 2:22-cv-01013-CDS-NJK<br><br>**STIPULATION EXTENDING NAVIENT'S TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**(First Request)** |

Defendant Navient Solutions, Inc. ("Navient") and Plaintiff Christina Fennell, individually and on behalf of all other similarly situated ("Plaintiff"), (collectively referred to as the "Parties"), hereby submit the following Stipulation Extending Navient's Time To File Reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration. This is the first request for an extension of this deadline. Navient's counsel are dealing with deadlines in other matters and require additional time to review the facts and case law presented in Plaintiff's Opposition to Defendant's Motion to

Compel Arbitration (ECF 32).  This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

On August 18, 2022, Navient filed a Motion to Compel Arbitration (ECF 20).  Plaintiff's response to Navient's Motion to Compel Arbitration was originally due on September 1, 2022, but the Court extended this deadline to September 22, 2022 pursuant to the Parties' stipulation.  (ECF 24, 25).  Navient's reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration is currently due on September 29, 2022.  Navient has requested, and Plaintiff has agreed to extend this deadline by two weeks.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Navient to file a reply to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration to October 13, 2022.

IT IS SO STIULATED.

DATED: September 26, 2022                             Respectfully submitted,

/s/ Kendall M. Lovell
Anthony W. Austin, Esq., NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
**FENNEMORE CRAIG, P.C.**
9275 W. Russell Rd., Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

K. Elizabeth Sieg (admitted *pro hac vice*)
Benjamin J. Sitter (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1000
Email: bsieg@mcguirewoods.com
Email: bsitter@mcguirewoods.com
*Attorneys for Navient Solutions, LLC*

28157003.1/059641.0001

| | |
|---|---|
| DATED: September 26, 2022 | /s/ *George Haines* <br> George Haines, Esq. <br> Gerrado Avalos, Esq. <br> **FREEDOM LAW FIRM** <br> 8985 S. Eastern Ave., Suite 250 <br> Las Vegas, Nevada 89123 <br><br> **MILBERG COLEMAN BRYSON PHILLIPS PLLC** <br> /s/ *Scott C. Harris* (admitted *pro hac vice*) <br> Scott C. Harris, Esq. <br> sharris@milberg.com <br> 900 W. Morgan Street <br> Raleigh, NC 27603 <br> (919) 600-5003 <br><br> /s/ *Gary M. Klinger* (admitted *pro hac vice*) <br> Gary M. Klinger, Esq. <br> gklinger@milberg.com <br> 227 W. Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> (866) 252-0878 <br><br> *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 27, 2022

28157003.1/059641.0001