# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL,<br><br>   Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>   Defendant. | Case No. 2:22-cv-01013-CDS-NJK<br><br>**Order**<br><br>[Docket No. 35] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 35; *see also* Docket No. 36 (corrected image). The proposed discovery plan sets deadlines in relation to the resolution of the pending motion to compel arbitration. *Id.* at 2; *see also* Docket No. 20 (motion to compel arbitration). Consequently, the joint proposed discovery plan fails to provide specific calendar dates for deadlines as required by Local Rule 26(b). *See id.* at 2-3.

Accordingly, the parties' joint proposed discovery plan is **DENIED**. Docket No. 35. A renewed joint proposed discovery plan, which complies in full with the Court's Local Rules, must be filed no later than October 7, 2022. Additionally, the proposed plan grants the parties a stay of discovery without addressing the relevant standards. To the extent the parties seek to stay discovery pending resolution of the motion to compel arbitration, a motion requesting a stay must be filed addressing the relevant case law and standards no later than October 7, 2022. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579 (D. Nev. 2013); *Arik v. Meyers*, 2020 WL 515843 (D. Nev. 2020).

IT IS SO ORDERED.

Dated: October 4, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1