UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL,<br>　　　Plaintiff,<br>v.<br>NAVIENT SOLUTIONS, LLC,<br>　　　Defendant. | Case No. 2:22-cv-1013-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 45] |

　　　Pending before the Court is Plaintiff's motion for leave to amend and to join additional parties. Docket No. 45. No response has been filed and the time do so has now passed. *See* Docket. Failure to respond to a motion constitutes consent to the granting of the motion. Local Rule 7-2(d). Accordingly, Plaintiff's motion for leave to amend and to join additional parties is **GRANTED**. Docket No. 45.

　　　Plaintiff shall file and serve the complete amended complaint by December 9, 2022. *See* Local Rule 15-1. The Clerk's Office is **INSTRUCTED** to add Experian Information Solutions, Inc. and Equifax Information Services, LLC to the Docket.

　　　IT IS SO ORDERED.

　　　Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1