Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

John A. Vogt
Nevada Bar No. 14777
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
jvogt@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:22-cv-01013-CDS-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>First Amended Complaint Filed: 12/2/22 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Christina Fennell ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's First Amended Complaint (ECF No. 50) pursuant to LR IA 6-1.

1  Plaintiff filed her First Amended Complaint on December 2, 2022, and currently, Experian's responsive pleading is due December 28, 2022. (ECF No. 50.) The first extension will allow Experian an opportunity to investigate the facts of this case. Plaintiff and Experian stipulate and agree that Experian shall have an extension until January 27, 2023, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 23rd day of December 2022.

| NAYLOR & BRASTER | FREEDOM LAW FIRM |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> John A. Vogt <br> Nevada Bar No. 14777 <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ George Haines* <br> George Haines <br> Nevada Bar No. 9411 <br> Gerardo Avalos <br> Nevada Bar No. 15171 <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Plaintiff Christina Fennell* |

**IT IS SO ORDERED.**

Dated this \_\_27th\_\_ day of December 2022.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -