Anthony W. Austin, Esq., NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
**FENNEMORE CRAIG, P.C.**
9275 W. Russell Rd., Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

K. Elizabeth Sieg (admitted *pro hac vice*)
Benjamin J. Sitter (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1000
Email: bsieg@mcguirewoods.com
Email: bsitter@mcguirewoods.com

*Attorneys for Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, EXPERIAN INFORMATION SOLUTION, INC., AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:22-cv-01013-CDS-NJK<br><br>**ORDER TO EXTEND THE DEADLINES IN THE SCHEDULING ORDER**<br><br>[Second Request] |

Christina Fennell ("Plaintiff") and Defendant Navient Solutions, LLC ("Navient") (collectively, the "Parties") hereby stipulate to extend the deadlines in the Scheduling Order entered December 12, 2022 (ECF 56) as stated in the Proposed Scheduling Order for the reasons explained

1

herein. In accordance with LR 26-3, this Stipulation and Order to Extend the Deadlines in the Scheduling Order ("Stipulation") has been brought in good faith, is the second request for an extension of time to the discovery deadlines, and is not intended to cause delay.

### I. PROCEDURAL HISTORY AND STATEMENT OF DISCOVERY COMPLETED TO DATE

1. On June 28, 2022, Plaintiff filed her Class Action Complaint. (ECF 1).

2. On August 18, 2022, Navient filed its Answer and Affirmative Defenses. (ECF 19). Navient also filed its Motion to Compel Arbitration on August 18, 2022. (ECF 20, 22).

3. On December 2, 2022, Plaintiff filed her First Amended Class Action Complaint ("Amended Class Action Complaint"), adding Experian Information Solution, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") as Defendants (ECF 50).

4. Navient's submitted its Response to Plaintiff's Amended Class Action Complaint is on December 16, 2022 (ECF 57).

5. Navient submitted a renewed Motion to Compel Arbitration (ECF 66) on January 6, 2023 at the Court's direction following the filing of the Amended Class Action Complaint.

6. The Parties conducted their FRCP 26(f) conference and served their respective FRCP 26(a) disclosures.

7. Plaintiff served written Interrogatories and Requests for Production on October 11, 2022.

8. Plaintiff noticed a 30(b)(6) deposition on October 26, 2022.

9. Navient served written Interrogatories and Requests for Production on November 8, 2022.

10. Navient served its written responses to Plaintiff's Interrogatories and Requests for Production on November 18, 2022.

11.     Navient served its first production to Plaintiff's Request for Production on December 6, 2022, which included 33,306 pages of documents.

12.     Plaintiff served her Responses to Navient's Request for Production on December 8, 2022.

13.     Plaintiff served her first production to Navient's Request for Production on December 8, 2022, which included 1,027 pages of documents.

14.     Plaintiff served amended Responses to Navient's Interrogatories and Navient's Request for Production on March 10, 2023.

15.     Navient produced initial spreadsheets of borrower list information on March 17, 2023.

16.     Navient took Plaintiff's deposition on March 28, 2023.

17.     Navient served further productions of documents on April 11, 2023 and April 13, 2023, which included 12,720 pages of documents.

## II.     OUTSTANDING DISCOVERY

1.     Navient's document production to Plaintiff's Requests for Production is currently being produced on a rolling basis;

2.     A deposition of Navient's 30(b)(6) witness, currently scheduled for May 11, 2023.

3.     Expert witness discovery; and

4.     Evaluation of other discovery that may be needed after Plaintiff's deposition of Navient's 30(b)(6) witness.

## III.     WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN.

Good cause exists to warrant modification of the pending dates in the manner with the enclosed Proposed Scheduling Order. In support, the Parties state as follows:

3

1. Plaintiff and Navient have been cooperating in discovery and have exchanged tens of thousands of documents and taken a fact deposition.

2. The deposition of Navient's 30(b)(6) witness is scheduled for May 11, 2023

3. Fact discovery is set to end on May 17, 2023 under the current Scheduling Order. Given the time required to analyze the voluminous quantity of documents produced and the potential for new discovery matters to be identified following the deposition of the Company's 30(b)(6) witness, the Parties require additional time to complete fact discovery in the case despite the exercise of diligence.

4. The Parties agree that, pending this Court's approval, extension of remaining deadlines is appropriate. As the deadline for fact discovery is approaching, the Parties have agreed to a discovery extension in order to ensure that meaningful discovery is conducted. This requested discovery extension will not move the deadline for dispositive motions or otherwise delay resolution of the matters in this case.

5. The Parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

### IV. PROPOSED SCHEDULING ORDER

For these reasons, the Parties respectfully request that the following deadlines be amended from the December 12, 2022 Scheduling Order, by extending each deadline as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-Off | May 17, 2023 | July 14, 2023 |
| Initial Experts | June 16, 2023 | July 14, 2023 |
| Rebuttal Experts | July 17, 2023 | August 17, 2023 |
| Expert Discovery Cut-Off | August 16, 2023 | September 16, 2023 |
| Motion for Class Certification | September 15, 2023 | October 15, 2023 |
| Response in Opposition to Motion for Class Certification | October 27, 2023 | December 1, 2023 |
| Reply In Support of Motion for Class Certification | November 17, 2023 | December 22, 2023 |

4

| Dispositive Motions | February 15, 2024 | February 15, 2024 |
|---|---|---|
| Joint Pretrial Order | March 15, 2024, 30 days after the resolution of dispositive motions, or further Court order | March 15, 2024, 30 days after the resolution of dispositive motions, or further Court order |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2023

///
///
///
///
///
///
///
///

5