UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (Las Vegas)

| | |
|---|---|
| CHRISTINA FENNELL, ) <br> ) <br> Plaintiff, ) <br> ) No. 2:22-cv-01013-CDS-NJK <br> v. ) <br> ) <br> NAVIENT SOLUTIONS, LLC, EXPERIAN ) <br> INFORMATION SOLUTIONS, INC., and ) <br> EQUIFAX INFORMATION SERVICE, LLC, ) <br> ) <br> Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Benjamin J. Sitter hereby withdraws his appearance as counsel for Defendant, Navient Solutions, LLC.

Respectfully submitted,

Dated: August 14, 2024

_____
Benjamin J. Sitter
PA I.D. No. 317382

NELSON MULLINS RILEY & SCARBOROUGH, LLP
Six PPG Place, Suite 700
Pittsburgh, PA 15222
(412) 730-4050 (Office)
(412) 567-9241 (Fax)
ben.sitter@nelsonmullins.com

IT IS SO ORDERED.
Dated: August 14, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge