# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Christina Fennell, | Case No. 2:22-cv-01013-CDS-NJK |
| Plaintiff | **Order Directing Parties to Provide Future Status Report** |
| v. | |
| Navient Solutions, LLC, | |
| Defendant | |

In their June 6, 2025 status report, plaintiff Christina Fennell and defendant Navient Solutions LLC state that the arbitrator dismissed Fennell's claims for violation of the discharge injunction and declaratory relief while staying the remaining claims. ECF No. 91. They assert that Fennell is preparing to reopen her bankruptcy in the District of Colorado Bankruptcy Court to seek declaratory relief and a finding of contempt in that forum. *Id.* The parties further provide that they are engaged in settlement discussions.

Although it is now apparent that the remaining claims are subject to arbitration, the Supreme Court has recently clarified that the plain terms of the Federal Arbitration Act do not permit a court to dismiss a case instead of issuing a stay when the dispute is subject to arbitration and a party has requested a stay of the proceedings. 9 U.S.C. § 3; see also *Smith v. Spizzirri*, 601 U.S. 472, 473–474 (2024). Therefore, consistent with that guidance, this action will remain stayed until the arbitration has concluded. The parties must provide a sixth joint status report by December 5, 2025, or within seven days of the conclusion of arbitration, whichever is sooner. Meanwhile, the Clerk of Court is kindly instructed to administratively close this case.

Dated: July 7, 2025

_____
Cristina D. Silva
United States District Judge