George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA FENNELL, individually and on behalf of all others similarly situated;<br><br>    Plaintiff<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant | Case No.: 2:22-cv-01013-CDS-NJK<br><br>**Stipulation for dismissal of Navient Solutions, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Christina Fennell and Defendant Navient Solutions, LLC stipulate to dismiss Plaintiff's claims against Navient Solutions, LLC with prejudice.

///
///
///
///

---

STIPULATION

     Each party will bear its own costs, disbursements, and attorney fees.

     Dated: December 5, 2025.

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-551
georgehaines@freedomlegalteam.com

Scott C. Harris (admitted pro hac vice)
Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
sharris@milberg.com
gklinger@milberg.com

*Attorneys for Plaintiff*

/s/Elizabeth Sieg
Anthony W. Austin, Esq.
Kendall M. Lovell, Esq.
**FENNEMORE CRAIG, P.C.**
9725 W. Russell Rd., Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

K. Elizabeth Sieg (admitted pro hac vice)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: 804.775.1000
Email: bsieg@mcguirewoods.com

*Attorneys for Navient Solutions, LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITES STATES DISTRICT JUDGE

DATED: December 8, 2025